IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DALE B. GREEN,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-816
LT Case No. 2008-CF-1908

_____/

Opinion filed May 24, 2022

3.800 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Dale B. Green, Graceville, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.  See Simmons v. State, 332 So. 3d 1129 (Fla. 5th DCA

2022).

COHEN, WALLIS and SASSO, JJ., concur.